Ana L. Molleda, State Bar No. 179199
Law Office of Ana L. Molleda
1545 North Texas Street, Suite 303
Fairfield, CA  94533
Telephone:  (707) 422-4050
Facsimile:   (707) 422-4080
Email:  amolleda@molledalawoffice.com

Attorney for Plaintiff Parimal K. Shah

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIMAL K. SHAH,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.  2:22-CV-1830-AC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME |

Good cause having been shown, IT IS HEREBY ORDERED that the Joint Stipulation For Extension of Time to File Plaintiff's Motion For Summary Judgment is hereby GRANTED.  Plaintiff shall file the motion for summary judgment on or before March 17, 2023, and Defendant shall file the cross-motion for summary judgment within 45 days thereafter, on or before May 1, 2023.  All other deadlines shall be extended in accordance with the Court's Scheduling Order.

IT IS SO ORDERED.

Dated: February 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE