Ana L. Molleda, State Bar No. 179199
Law Office of Ana L. Molleda
1545 North Texas Street, Suite 303
Fairfield, CA  94533
Telephone:  (707) 422-4050
Facsimile:   (707) 422-4080
Email:  amolleda@molledalawoffice.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIMAL K. SHAH,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>KILOLO KIJAKAZI,<br>　Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No.  2:22-CV-1830-AC<br><br>[~~Proposed~~] ORDER GRANTING STIPULATION TO ALLOW LATE FILING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　The parties having stipulated and good cause appearing,

　　IT IS HEREBY ORDERED that Plaintiff is granted leave to file a Motion for Summary Judgment on or before Monday, April 3, 2023, and that Defendant may file a reply thereto within 45 days thereafter.

DATED: March 30, 2023

　　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1