PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
KRYSTLE S. MCMULLAN, DCBN 242319
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: (510) 970-4839
      krystle.mcmullan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIMAL K. SHAH,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-01830-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty-two (32) days from May 18, 2023, up to and including Monday, June 19, 2023. This is the Defendant's first request for an extension.

    Defendant respectfully requests this extension of time in order to further consider the 3,020 page administrative record in light of the four issues raised in Plaintiff's motion. This was a case that was reassigned to Defendant. The additional time is necessary considering Defendant has filed five district court briefs since Plaintiff filed her motion, which included one brief that was due today, which conflicted with Defendant's opportunity to review the large administrative record and issues raised in this case. Additionally, Defendant has two other district court briefs

due this month, from different districts, as well as pre-approved vacation leave at the end of the month. This request is made in good faith and is not intended to delay the proceedings in this matter.

      Therefore, Defendant seeks an extension of 32 days until June 19, 2023, to respond to Plaintiff's motion. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

      Respectfully submitted,

Dated: May 15, 2023

/s/ *Ana L. Molleda*  *
(*as authorized via e-mail on May 15, 2023)
ANA L. MOLLEDA
Law Office Of Ana L. Molleda
Attorney for Plaintiff

Dated: May 15, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:  /s/ *Krystle S. McMullan*
KRYSTLE S. MCMULLAN
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

      Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 19, 2023, to respond to Plaintiff's Motion for Summary Judgment.

DATED: May 16, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE