PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
KRYSTLE S. MCMULLAN, DCBN 242319
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: (510) 970-4839
      krystle.mcmullan@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| PARIMAL K. SHAH,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-01830-AC<br><br>**Unopposed Motion for Leave to Amend Defendant's Cross-Motion for Summary Judgment; Memorandum in Support of Defendant's Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment** |

    Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for leave to amend the Commissioner's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment (Defendant's brief) to conform with this Court's 20-page limit as set forth in your honor's standing orders.

    When the Commissioner filed her brief on June 16, 2023 (Dkt. 21), she inadvertently followed the local rule that specifies no page limit, instead of this Court's standing orders that limit the papers to 20 pages.  This is a reassigned case and the undersigned does not usually practice in this district.  After conferring with Opposing Counsel, she kindly agreed that Defendant could file an unopposed motion for leave to amend Defendant's brief to conform with

the 20-page limit.

Defendant apologizes to this Court and to Opposing Counsel for the oversight and will ensure this does not happen again. As a remedy, Defendant has edited her brief from 29 pages to 20 to conform with the page limit, and she is requesting that this Court accept her amended brief, with all other dates in the scheduling order extended accordingly, to allow for Plaintiff to submit her reply brief based on the amended filing.

Defendant has attached her amended brief to this motion in case this Court would prefer the Clerk to file the amended brief. Alternatively, if your honor grants leave, then Defendant will file her amended brief.

Dated: June 22, 2023                    Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Social Security Administration

                                  By:   /s/ *Krystle S. McMullan*
                                        KRYSTLE S. MCMULLAN
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

**~~PROPOSED~~ ORDER**

Pursuant to the Unopposed Motion for Leave to Amend Defendant's Brief, it is so ordered. The Court accepts Defendant's amended brief. Plaintiff shall have 15 days from the filing of the amended brief to submit her reply brief.

DATE: June 22, 2023

                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Unopposed Motion for Leave to Amend

Def.'s Cross-MSJ & Opp. To Pl.'s MSJ; 2:22-cv-01830-AC